IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA BIBBS, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-41 Erie |
| | ) | District Judge Cohill |
| SUSAN STROHMEYER, et al, | ) | Magistrate Judge Baxter |
| Defendants. | ) | |

## O R D E R

AND NOW, this 5th day of July, 2005;

IT IS HEREBY ORDERED that Plaintiff's motion for discovery [Document # 18] be DENIED. Under the Federal Rules of Civil Procedure and the Local Rules of this Court, all requests for discovery must be served on opposing counsel and not filed with the Clerk of Courts. As Plaintiff has been directed to file an amended complaint, discovery requests may be premature at this stage of the litigation.

IT IS FURTHER ORDERED that Plaintiff must serve opposing counsel with every pleading filed in this case. Failure to do so may result in the imposition of sanctions or in the dismissal of this action for failure to prosecute.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE