**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VICTORIA BIBBS,** | ) | |
|         **Plaintiff,** | ) | |
|         v. | ) | **C.A. No. 05-41 Erie** |
| | ) | **District Judge Cohill** |
| **SUSAN STROHMEYER, et al,** | ) | **Magistrate Judge Baxter** |
|         **Defendants.** | ) | |

## NOTICE OF ERRATA

AND NOW, this 5th day of July, 2005;

The parties are hereby notified that the Report and Recommendation addressing the motion to dismiss by Defendant Strohmeyer contain a typographical error in that the caption should have read "District Judge Cohill." See Document # 19.

The parties are further notified that the Report and Recommendation addressing the motions to dismiss or for more definite statement filed by Defendants Munch, Zborgowski and Cavanagh contain a typographical error in that the caption should have read "C.A. No. 05-41." Document # 20.

                                                  S/ Susan Paradise Baxter
                                                  SUSAN PARADISE BAXTER
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE