*IN THE UNITED STATES DISTRICT COURT*

*FOR THE WESTERN DISTRICT OF PENNSYLVANIA*

| | | |
|---|---|---|
| Victoria Bibbs, | ) | |
| Plaintiff | ) | Case No. 1:05-cv-41 |
| v. | ) | District Judge Cohill |
| Susan Strohmeyer, et al. | ) | Magistrate Judge Baxter |
| Defendants | ) | |

## NOTICE OF OBJECTION And RIGHT OF RECOVERY

### Statement of Fact

Defendant Susan Strohmeyer did willingly and intentionally engage in an unlawful act that of "unlawful intentional discrimination and harassment in the workplace"

1.    Defendant interrupted the plaintiffs "Agenda for the 21st Century "

2.    Defendant interfered in Plaintiff's plans to promote the President of the United States initiatives that 'no child left behind act'

3.    Defendant invaded the Opportunity Zone with assistant of named litigants

4.    Defendant Snatched a Cyber student out of his

5.    Comfort zone of learning peacefully and forced his early retirement from virtual learning

6.    With help from outside contractual agents she had him
placed in an institution of learning with delinquent students (See C*f*)

7.    For not complying with her orders to cease to exist She sent in police authorities to remove the children From my home and detain them in various placements

8.    Defendant Susan abused her power and discretion By determine the who, when, where, how and so on of how they will (meaning children student) be educated and by whom

9.    Defendant okayed orders for continues harassments

10.    Defendant broke foreign policy by invading upon the rights and privilege of a zone in which she has neither jurisdiction nor governing power over: Cyber Space

## OBJECTION TO RULING HER OUT AS INSTIGATOR TO COMMITT TREASON

Defendant is just as much liable for her actions and her part she played in this nightmare of dramas she and her host has put my family and I through, and her conduct punishable in the amount of a new contract that of a business zoned especially for the completion of the commission of which I'm assigned.

## SUMMARY

The Plaintiffs "Unalienable" and Guaranteed Rights are still in tact closely guarded in the United States Supreme Court of America, The Pentagon, The United Nation and in the Hall of Fame

And I believe its troops are matching on. Don't you agree?

## FINALLY

We hold these words to be true ' all men are created equal'

The Bill of Right's declare it's truths
The Freedom Rights proclaimed it

The Constitution established it

And who am I to change it, I'm just here to collect what is due.

I move to the to the Right of Recovery

Respectfully,

*Victoria Bibbs, Pro Se*

**Victoria Bibbs,** *Pro Se*
**6023 Glade Drive**
**Erie, PA 16509**
**(814) 864-4181**

3

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Victoria Bibbs, | ) | |
| Plaintiff | ) | Case No. 1:05-cv-41 |
| v. | ) | District Judge Cohill |
| Susan Strohmeyer, et al. | ) | Magistrate Judge Baxter |
| Defendants | ) | |

_____**TO THE ATTORNEY'S OF BOTH PARTIES IN THE CASE OF ABOVE CAPTION OF THAT OF SUSAN STROMEYER, ET AL DEFENDANTS**

**NOTICE OF INTENT TO RECOVER
AND RIGHT TO RECOVER**

**FINDINGS**

**SEC. 2 [ 42 U.S.C. 1981 note]**

**The Congress finds that-**

    **(1)    additional remedies under federal law are needed to deter unlawful harassment and intentional discrimination in the workplace;**

    **(2)    the decision of the supreme court in Wards cove Packing Co. v. Atonio, 490 U.S. 642 (1989) has weakened the scope and effectiveness of Federal  civil rights protections; and**

1

**(3)    legislation is necessary to provide additional protection against unlawful discrimination in employment.**

**Purposes**

**SEC. 3 [42 U.S.C. 1991 note]**

**The purpose of this Act are-**

**(1)    to provide appropriate remedies for intentional discrimination and unlawful harassment in the workplace;**

**(2)    to codify the concept of "business necessity" and "job related" enunciation by the Supreme Court in Griggs v. Duke Power Co., 401 U.S. 424 (1971) , and in the other Supreme Court decisions prior to Wards Cove Packing Co. v. Atonio, 490 U.S. 642 (1989);**

**(3)    to confirm statutory authority and provide guidelines for the adjudication of disparate impact suits under title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e et seq.) ; and**

**(4)    to respond to recent decisions of the Supreme Court by expanding the scope of relevant civil rights statutes in order to provide adequate protection to victims  of discrimination.**

**7/17/2005 7:53:24 PM**

**No child left behind Act Provision**

2

"**The role of the Government is not to create wealth; the role of our Government is to create an environment in which the entrepreneur can flourish, in which minds can expand, in which technologies can reach new frontiers.**"   **George Bush**

**Opportunity Zones:**  **President Bush will create new**

**Opportunity Zones, which will encourage public and private investment and provide priority consideration for Federal benefits to communities that are under economic hardship.**

**Therefore the plaintiff is entitled to all the remedies and recoveries set forth**

**Respectfully,**

*Victoria Bibbs, Pro Se*

**Victoria Bibbs** *, Pro Se*
**6023 Glade Drive**
**Erie, PA 16509**
**(814) *64-4181**

3

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Victoria Bibbs, | ) | |
| Plaintiff | ) | Case No. 1:05-cv-41 |
| v. | ) | District Judge Cohill |
| Susan Strohmeyer, et al. | ) | Magistrate Judge Baxter |
| Defendants | ) | |

### CERTIFCATE OF SERVICE

The undersigned hereby certifies a true and correct copy of the within Response and Motion for Recovery was served upon the above defendants Attorney on this the _____ *18th* _____ *day of July* _____, 20 *05* . Via United States first class mail, postage pre-paid in accordance with the Rule of Fed. C.P.


Clerk, U.S, District Court
South Park Row
Erie, PA 16501

Patrick M. Casey
Marshall, Dennehey, Warner, Coleman & Goggin
1001 State Street, Renaissance Center
Suite 1400 Erie *PA 16501*

David M. Donaldson
Administrative Office of Pennsylvania Courts
1515 Market Street
Suite 1414~~7/18/2005~~
Philadelphia, PA 19102

1

Richard A. Lanzillo
Knox, McLaughlin, Girnall &
Sennett
120 West Tenth Street
Erie, PA 16501

**Respectfully,**

*Victoria Bibbs Pro Se*

**Victoria Bibbs,** *Pro Se*
**6023 Glade Drive**
**Erie, PA 16509**

**7/18/2005**

2