IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA BIBBS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-41 Erie |
| SUSAN STROHMEYER, et al., | ) |
| Defendants. | ) |

## ORDER

This matter has been referred to United States Magistrate Judge Susan Paradise Baxter in accordance with the Magistrates Act, 28 U.S.C. §§ 636 (b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation (Doc. 19) filed on July 1, 2005, recommended that the Motion to Dismiss filed by Defendant Strohmeyer (Doc. 6) be granted. The parties were allowed ten (10) days from the date of service to file any objections. Service was made on all parties. Plaintiff filed a Notice of Objection.

After *de novo* review of the documents in the case, together with the report and recommendation and plaintiff's Notice of Objection, the following Order is entered:

AND NOW, to-wit, this 26th day of July, 2005, IT IS HEREBY ORDERED that Defendant Susan D. Strohmeyer's motion to dismiss (Doc. 6) be and hereby is GRANTED. The report and recommendation of Magistrate Judge Baxter (Doc. 19) dated June 30, 2005, and entered on the docket on July 1, 2005, be and hereby is adopted as the Opinion of this Court.

*/s/ Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   The Honorable Susan Paradise Baxter
      United States Magistrate Judge

      all parties of record