IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA BIBBS, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-41 Erie |
| | ) | District Judge Cohill |
| SUSAN STROHMEYER, et al, | ) | Magistrate Judge Baxter |
| Defendants. | ) | |

### ORDER

AND NOW, this 31st day of August, 2005;

In light of the Order granting the motions for more definite statement, IT IS HEREBY ORDERED THAT the Response filed by Plaintiff on August 26, 2005 be construed as an amended complaint. Document # 26.

IT IS FURTHER ORDERED that Defendants Munch, Zborgowski, and Cavanagh (the only remaining defendants in this action) must respond to the amended complaint before September 30, 2005.

The parties are allowed ten days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3B. Failure to appeal within ten days may constitute waiver of the right to appeal.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE