IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA BIBBS,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 05-41 Erie |
| SUSAN D. STROHMEYER, et al,<br>　　　　Defendants. | )<br>)<br>) |

## **N O T I C E**

TAKE NOTICE that the above captioned case is scheduled for a Hearing on the pending motions before the Honorable Susan Paradise Baxter, on Friday, October 28, 2005 at 10:30 a.m., Courtroom B, United States Courthouse, 17 South Park Row, Erie, Pennsylvania. Plaintiff may file a written response to the pending motions on or before October 21, 2005.

Sincerely,

*Leslie R Wallen*

Leslie R. Wallen
Judicial Assistant/Courtroom Deputy to
Judge Baxter
(814) 464-9630

Dated: October 7, 2005

cc: all parties of record