IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA BIBBS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-41 E |
| | ) | District Judge Cohill |
| SUSAN STROMEYER, et al, | ) | Magistrate Judge Baxter |
| Defendants | ) | |

### NOTICE IS HEREBY GIVEN

TO DEFENDANTS COUNSEL RICHARD A. LANZILLO, KNOX, ESQUIRE, et,al.,

**Motion for Default Judgment is hereby requested to be entered into Court Records for failing to comply with District Magistrate directing a response in a timely matter regarding to the amendment presented by Plaintiff**

It is also hereby instructed that the document #30 said to have been filed September 28th 2005 be removed from records for re-examination for conflicting signatures by another attorney posing in the place of these defendants counsel to the intent to trick the plaintiff and to delay the process and deter the counts original intention.

Finally on the said document there is no place mention about the attorney's clients answering the requirements imposed by the District Judge Baxter granting the litigants a deadline to answer the Court's Order no later than September 30, 2005 or face the penal and the direct wavier of right to contest or defend.

<u>**NOW THE COURTS FIND NO OTHER ALTERNATIVE THAN TO RULE IN FAVOR OF THE PLAINTIFF FOR FAILURE TO RESPOND**</u>

Thereby this, the plaintiff moves the Court to Except the Plaintiff Proposed Amended Request and proceed on to Execute Ways and Means on how to Implement it into Law and Incorporated it into The Act.

This I pray.

Respectfully,

*Victoria Bibbs Pro Se*
Victoria Bibbs, Pro Se,
6023 Glade Drive
Erie, PA 16509
814-864-4181

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA BIBBS ) | |
| ) | No. 05-41E |
| Plaintiff, ) | ~~C.A. No. 04-349~~ Erie |
| v. ) | District Judge Cohill |
| ) | Magistrate Judge Baxter |
| SUSAN STROMEYER, et al, ) | |
| Defendants ) | |

### CERTIFICATE OF SERVICE

The undersign hereby certifies a true and correct copy of the within Notice/Motion for Default Judgment Requested was served upon the defendants Counsel on this the __21__ day of October 2005, Via United states first class mail, postage pre-paid in accordance with rule of F.C.P.

Clerk of District court
South Park Row
Erie, PA 16501

Patrick M. Casey Marshall,
Dennehey, Warner, Coleman
& Goggin
1001 state street, Renaissance
Suite 1400 Erie, PA 16501

Patrick M. Carey, Esquire
Knox, McLaughlin,
Gornoll & Sennett
120 West 10th street
Erie, PA 16501

s/ Victoria Bibbs Pro Se
Victoria Bibbs Pro Se,
6023 Glade Drive
Erie, Pa 16509
814- 864-4181