# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Victoria Bibbs                            )
_____                 )
_____                 )
                          Plaintiff )
              vs.                         )      No.        CA 05-41 Erie
Susan D. Strohmeyer, et al                )
_____                 )
_____                 )
                          Defendants )

HEARING ON   October 28, 2005   Oral Argument on pending motions

Before   U. S. Magistrate Judge Susan Paradise Baxter

Victoria Bibbs, pro se                    Patrick M. Carey, Esq.
                                          Richard A. Lanzillo, Esq.
                                          Neil Devlin  Esq
          Appear for Plaintiff                      Appear for Defendant

Hearing Begun  10:35 a.m.                 Hearing Adjourned to   11:20

Hearing concluded C.A.V.  11:20           Stenographer  Carol Feldbach
                                          CD:        Index:

**WITNESSES**

          For Plaintiff                            For Defendant

_____ Motion for Default [Doc 32] is dismissed as
moot.

_____                 _____

_____                 _____

_____                 _____

_____                 _____

_____                 C. Sandler
                                          law clerk