IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA BIBBS, | ) |
| | ) |
| Plaintif, | ) |
| | ) |
| vs. | ) C.A. No. 05-41 ERIE |
| | ) |
| SUSAN STROHMEYER, et al, | ) |
| | ) |
| Defendants. | ) |

ORDER

AND NOW, this 8th day of November, 2005, after the court reporting firm of Ferguson and Holdnack provided transcription services for the Oral Argument on Pending Motions held October 28, 2005, it is hereby

ORDERED that a transcript of the proceedings be produced and filed with the Clerk of Court. All costs to be borne by the United States.

s/Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF U.S. MAGISTRATE JUDGE

c: All parties of record (lw)