IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA BIBBS, ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 05-41 Erie |
| ) | District Judge Cohill |
| FREDERICK G. MUNCH, et al. ) | Magistrate Judge Baxter |
|    Defendants. ) | |

## MOTION FOR RELIEF AND MOTION FOR QUIT

On this 21st Day of June, The Plantiff Reverend Dr. Victoria Bibbs Prays the courts Motion for Relief and Motion for Quit.

As of the 5th day of June 2006 the Plantiff Reverend Dr.Victoria Bibbs Has exercised her Rights to an Appeal as said forth stated in the Rights and Appeals Law of the Civil Procededures and Due to these actions set forth the Right to Appeal has been looked upon by the Erie County Courts of Common Plea mainly Judge Michael E. Dunlavey as exhausting and a waste of the Courts valuable time and efforts.

During this time of awaiting a response of your Honorable Courts, The Plantiff has been bombarded with outlanders request of relinquishing all her rights to the Erie County Office of Children and Youth to follow all request of the Office of Youth regardless of Religion preference and has been further ordered to relinquish her hard earned title and mandate as a Reverend and ordered that she is to solely submit to everything that the office of Children and Youth has laid out to the letter. And that any short comings to these request will result in her Immediate Incarcerated for a period of 90 days.

And was also stated that if any other parties became privy to these order it would result in the Reverend Dr. Bibbs Immediate Incarceration. During the Course of this time her Children continue to be held in Detention centers for those children of a Unreformed manor and Disobedience to the Law. The children Has stated in numerous court proceedings that they wish to come home. One of her sons while in the Detention Center suffered a strike to the face by a staff member an in another facility a broken leg due to harsh play.

Her second son has suffered an overdose of medication to alleviate the staff members stress of her sons frustration of being in the detention center for a overwhelming period of time. He has been sent to 4 different detention centers and has not done any crimes to merit this type of facility. And her last son has been

threatened that if he fails to adjust in the foster homes he will be placed in a detention center too.

The Reverend Dr Bibbs has done a lot in her community. From Volunteer work to helping a Paraplegic who has been bed written over some years. She has put in time with the State Representative Linda Bebko Jones in the walk a mile in my shoe in 1995. She has Sat and discussed the welfare reform at the round table in Washington DC. in 1996. She has worked with many individuals on a volunteer level such as the late R Benjamin Wiley, and our very own President of the United States of America George W. Bush in 2004-2005. And still at this time continues to do so.

All of this is not done for bragging rights or for a pat on the back, It was done out of Love for her Country and mainly for an Example and a legacies for her Children. To show them just because you come from a poverty stricken area does not mean that you have to be conformed to a poverty stricken mentality.

And one of her daughters has made the Deans list at a University and is a known published Author at the Library of Congress, Another has received the Cum Laude Award and is currently a surgical tech. One of her children work for an Insurance company.

The main reason for this information being disclosed to the Courts is for her sons to have the same chance and opportunity that all her other children has had. The opportunity to come to there full potential, For where as it is now the children will have an incarcerated mentality and become familiar to criminal behavior and criminally minded friends. Their being Impeded in life before they even proceed in life.

This is a written noticed humbly requesting that the Courts Help Reverend Dr. Bibbs with the proper revenues to end the harassments of the Erie County Courts and the office of Children and Youth. The Harassment against her home the harassment against her finances the harassment against her Freedom and the harassment against her Children. This Is a Motion for a Relief And a Motion to Quit.
She also ask that The Honorable Courts send her Help. . And someone to look upon these matters that have been stated in this Document. Thank you for all your time.

Respectfully Submitted

*Reverend Doctor Victoria Bibbs Pro Se*
Reverend Dr. Victoria Bibbs Pro Se,
6023 Glade Drive
Erie, PA. 16509

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA BIBBS | : |
|     Plaintiff | : |
| | : |
|     v. | :   No. 05-00041 |
| SUSAN D. STROHMEYER, | : |
| FREDERICK G. MUNCH, | : |
| KATHY ZBORGOWSKI, and | : |
| JOHN CAVANAGH, | : |
|     Defendant | : |

## CERTIFICATE OF SERVICE

The undersign hereby certifies a true and correct copy of the within Motion for Relief And Motion For Quit was served upon the defendant's Counsel on this the _____day of June 2006, Via United States First class mail,
Attorney Patrick M. Casey's was sent postage pre-paid in accordance with rule of F.C.P. as well was served electronically ; David M. Donaldson, Richard A. Lanzillo

Clerk of District Court          Patrick M. Casey
South Park Row                   1001 State Street. Renaissance
Erie, PA 16501                   Suite 1400
                               Erie, PA 16501

David m. Donaldson               Richard A. Lanzillo
Notice Electronic Filing         Notice Electronic Filing

S _/s/ Victoria Bibbs Pro Se_
Victoria Bibbs Pro Se,
6023 Glade Drive
Erie, PA 16509